IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

Vs.   CASE NO. 4:06cr00102-02 JMM

RODRIGUEZ ANTONIO WILEY

## ORDER AMENDING JUDGMENT FOR REVOCATION

The defendant appeared June 6, 2013, for a hearing on a motion to revoke supervised release. The defendant admitted to and was found in violation of his supervision.

The Court imposed a sentence of four (4) months imprisonment followed by one (1) year supervised release.

Due to a clerical error the Judgment entered June 6, 2013 (DE #58), is amended to include the imposition of one (1) year supervised release.

The following conditions of supervised release are imposed:

**General Conditions:**

    The defendant must report to the probation office in the district to which the defendant is release within 72 hours of release from the custody of the Bureau of Prisons.

    The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

    The defendant shall cooperate in the collection of DNA as directed by the probation officer.

**Standard Conditions:**

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall not report to the probation officer in a manner and frequency directed by the court or probation officer;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agent;

13) as directed by the probation officer, the defendant shall notify third parties of resks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

**Special Conditions of Supervision:**

1) The defendant shall participate under the guidance and supervision of the probation officer, in a substance abuse treatment program which may include testing, outpatient counseling and residential treatment. Further, the defendant shall abstain from the use of alcohol throughout the course of treatment.

IT IS SO ORDERED this 25th day of June, 2013.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE